

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kendrick Charles Davis, Appellant

No. 06-21-00063-CR          v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR19-064). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.          *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Kendrick Charles Davis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 12, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk